# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

BENEDICT OBROCHTA,

                Plaintiffs,

-vs-                                      Case No. 6:06-cv-1224-Orl-28GJK

RELIABLE CARRIERS, INC., THOMAS
ABRAMS & ERIC HURTTGAM,

                Defendants.

---

## REPORT AND RECOMMENDATION

**TO THE UNITED STATES DISTRICT COURT**

This cause came on for consideration without oral argument on the following motion:

| | |
|---|---|
| **MOTION:** | **PARTIES JOINT NOTICE OF SETTLEMENT, MOTION FOR APPROVAL OF SETTLEMENT, MOTION TO DISMISS CASE WITH PREJUDICE AND SUPPORTING MEMORANDUM OF LAW (Doc. No. 30)** |
| **FILED:** | **January 23, 2008** |
| **THEREON** it is **RECOMMENDED** that the motion be **GRANTED.** | |

Plaintiffs and Defendants jointly move the Court to approve their settlement of Plaintiffs' claims pursuant to the Fair Labor Standards Act ("FLSA").

Reliable Carriers, Inc. has agreed to pay a total of $36,000.00 in three separate allocations: (1) $5,000.00 to Obrochta as and for unpaid wages; (2) $20,000.00 to Obrochta for liquidated damages and in consideration for Obrochta's release of all claims including any alleged discrimination and/or retaliation claims; and (3) $11,000.00 to the Trust Account of Pantas Law Firm, P.A. as attorneys' fees

and costs. *See* Doc. No. 30-2 at 1-2.

The Court has reviewed the proposed settlement as required by *Lynn's Food Stores, Inc. v. United States, U.S. Dep't of Labor*, 679 F.2d 1350, 1353 (11th Cir. 1982), and finds the settlement is a fair and reasonable resolution of a bona fide dispute.[1] The case involved disputed issues of FLSA coverage, which constitute a bona fide dispute. Each party was represented by independent counsel, who were obligated to vigorously represent their client.

**IT IS RECOMMENDED THAT:**

1. The Court grant the motion to approve the settlement only to the extent that it is a fair and reasonable resolution of a bona fide dispute; and

2. The Court dismiss the case with prejudice and direct the Clerk to close the case.

Failure to file written objections to the proposed findings and recommendations contained in this report within ten (10) days from the date of its filing shall bar an aggrieved party from attacking the factual findings on appeal.

Recommended in Orlando, Florida on January 31, 2008.

GREGORY J. KELLY
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

The Honorable John Antoon, II

---

[1] Both parties urge this Court to approve the Settlement Agreement, including the amount to be paid to Obrochta's counsel in fees and costs. The Court, therefore, finds it unnecessary to inquire into the reasonableness of the hourly rate charged by Plaintiff's counsel, and accepts the parties' stipulation as to the reasonableness of the attorneys' fees and costs.