UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BENEDICT OBROCHTA,

          Plaintiff,

-vs-                                             Case No. 6:06-cv-1224-Orl-19JGG

RELIABLE CARRIERS, INC., THOMAS
ABRAMS, ERIC HURTTGAM,

          Defendants.
_____

## ORDER

This case is before the Court on the Parties' Joint Notice of Settlement, Motion for Approval of Settlement, and Motion to Dismiss Case with Prejudice (Doc. No. 30) filed January 23, 2008. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed January 31, 2008 (Doc. No. 31) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    The Motion to Approve Settlement and to Dismiss the Case with Prejudice is **GRANTED in part.** The Settlement Agreement is approved to the extent that it is a fair and reasonable resolution of a bona fide dispute over FLSA claims.

3. This case is dismissed with prejudice.

4. The Clerk is directed to close the file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this __2/__ day of February, 2008.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party